# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CATHEDRAL ART METAL CO., INC.<br><br>Plaintiff,<br><br>v.<br><br>DIVINITY BOUTIQUE, LLC and NICOLE BRAYDEN GIFTS, LLC<br><br>Defendant. | Civil Action No. _____ |

## PLAINTIFF CATHEDRAL ART METAL CO., INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Cathedral Art Metal Co., Inc. ("Cathedral Art" or "Plaintiff") moves this Court pursuant to Fed. R. Civ. P. 65 for a temporary restraining order against Defendants Divinity Boutique, LLC and Nicole Brayden Gifts, LLC. More particularly, Plaintiff seeks a temporary restraining order that precludes Defendants from selling goods bearing Plaintiff's AMAZING WOMAN trademark and/or associated trade dress at the Atlanta Gift Show that is occurring now, until January 16, 2018. An immediate hearing is respectfully requested.

The facts and grounds for this motion are stated more fully in the Verified

Complaint and accompanying Brief in Support of Plaintiff's Motion for Temporary Restraining Order filed contemporaneously herewith.

Respectfully submitted this 10th day of January 2018.

/s/ Walter Hill Levie III
Stephen M. Schaetzel
Georgia State Bar No. 628653
Walter Hill Levie III
Georgia State Bar No. 415569
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street N.E., Suite 1300
Atlanta, Georgia 30309
Telephone: (404) 645-7700
Facsimile: (404) 645-7707
*sschaetzel@mcciplaw.com*
*tlevie@mcciplaw.com*

*Counsel for Plaintiff*
*Cathedral Art Metal Co., Inc.*

Of counsel:

Thomas R. Noel (pro hac vice pending)
NOEL LAW
203 South Main Street, Suite 2
Providence, Rhode Island 02903
Telephone: (401) 272-7400
Facsimile: (401) 621-5688
*tnoel@lawnoel.com*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CATHEDRAL ART METAL CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> DIVINITY BOUTIQUE, LLC and NICOLE BRAYDEN GIFTS, LLC, <br><br> Defendants. | Civil Action No. _____ |

## **LOCAL RULE 7.1D CERTIFICATION**

The undersigned hereby certifies that the foregoing **PLAINTIFF CATHEDRAL ART METAL CO., INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER** was prepared in Times New Roman 14 point, which is one of the font and point selections approved by the Court under Local Rule 5.1B.

Dated this 10th day of January 2018.

/s/ Walter Hill Levie III
Walter Hill Levie III

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CATHEDRAL ART METAL CO., INC. <br><br> Plaintiff, <br><br> v. <br><br> DIVINITY BOUTIQUE, LLC and NICOLE BRAYDEN GIFTS, LLC <br><br> Defendant. | Civil Action No. _____ |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 10th day of January 2018, the foregoing **PLAINTIFF CATHEDRAL ART METAL CO., INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: January 10, 2018         /s/ Walter Hill Levie III
                                Walter Hill Levie III