UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATHEDRAL ART METAL CO., INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:18-cv-00141-WSD ) |
| DIVINITY BOUTIQUE, LLC, *et al.* | ) ) |
| Defendants. | ) ) ) |

## MOTION FOR CONTINUANCE

Defendants, by the undersigned counsel, respectfully request a continuance of today's hearing on Plaintiff's motion for temporary restraining order to 3:00 PM. In support of this motion, Defendants state that they were not aware of the scheduling of the hearing noted on the last page of the hundreds of pages of materials served by Plaintiff, for which Defendants believed they had 21 days to respond. Upon learning of the hearing, Defendants retained counsel at 12:56 PM today.

Dated: January 12, 2018

**s/ Charles M. Landrum III**
Attorney Bar Number: 312056
CHARLES M. LANDRUM III, P.C.
599 West Crossville Road Suite 111
Roswell, Georgia 30075-2531
Tel.:   (833) 993-3363
Email: Charles@CharlesLandrum.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018 I electronically filed the foregoing *Motion for Continuance* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Stephen M. Schaetzel
    Walter Hill Levie III

                      **s/ Charles M. Landrum III**
                      Georgia Bar No. 312056
                      Attorney for Defendants