UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| CATHEDRAL ART METAL CO., INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:18-cv-00141-WSD |
| DIVINITY BOUTIQUE, LLC, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 12(b)(2), Defendant Divinity Boutique, LLC moves to dismiss Plaintiff's First Amended Complaint for lack of personal jurisdiction. [Doc. 53]. Pursuant to Rule 12(b)(6), Defendants move to dismiss Count II, for Federal Trademark and Trade Dress Infringement and Unfair Competition, and Count VI, for Trade Dress Infringement Under 15 U.S.C. § 1125(a), for failure to state a claim upon which relief may be granted.[1]

A brief in support and proposed order are attached hereto.

---

[1] Plaintiff's filing of an amended complaint rendered moot Defendants' previous motion to dismiss. See *Colotl Coyotl v. Duke*, No. 1:17-CV-1670-MHC, 2017 WL 6997142, at *2 (N.D. Ga. Nov. 8, 2017) (citing *Dresdner Bank, A.G. v. M/V Olympia Village*, 463 F.3d 1210, 1215 (11th Cir. 2006); other citation omitted).

1

Dated: March 1, 2018

**s/ Charles M. Landrum III**
Attorney Bar Number: 312056
CHARLES M. LANDRUM III, P.C.
599 West Crossville Road Suite 111
Roswell, Georgia 30075-2531
Tel.:    (833) 993-3363
Email:   Charles@CharlesLandrum.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018 I electronically filed the foregoing *Motion to Dismiss Plaintiff's Amended Complaint* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Stephen M. Schaetzel<br>Walter Hill Levie III<br>Tom Noel

            **s/ Charles M. Landrum III**
            Georgia Bar No. 312056
            Attorney for Defendants