IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CATHEDRAL ART METAL CO.,
INC.,

     Plaintiff,

v.

DIVINITY BOUTIQUE, LLC, et
al.,

     Defendants.

CIVIL ACTION FILE

No. 1:18-cv-0141-TCB

## ORDER DENYING FIRST MOTION TO DISMISS

On February 1, 2018, Defendants filed a motion [46] to dismiss Plaintiff's original complaint [1]. On February 15, 2018, Plaintiff filed its first amended complaint [53]. The filing of the amended complaint rendered moot Defendants' first motion to dismiss. Accordingly, that motion [46] is hereby denied as moot.

IT IS SO ORDERED this 6th day of August, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge