# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CATHEDRAL ART METAL CO., INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NICOLE BRAYDEN GIFTS, LLC<br>    d/b/a DIVINITY BOUTIQUE<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:18-cv-141-WMR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

COMES NOW, Joshua D. Curry of Lewis Brisbois Bisgaard & Smith LLP and pursuant to Local Rule 83.1, enters his appearance as counsel for Defendant Nicole Brayden Gifts, LLC d/b/a Divinity Boutique.

Respectfully submitted, this 20th day of December, 2018.

> */s/ Joshua D. Curry*
> Joshua D. Curry
> Georgia Bar No. 117378
> **LEWIS BRISBOIS BISGAARD & SMITH LLP**
> 1180 Peachtree Street NE
> Suite 2900
> Atlanta, Georgia 30309
> Telephone: (404) 348-8585
> Facsimile:  (404) 467-8845
> Josh.Curry@lewisbrisbois.com
>
> *Counsel for Defendant*
>   *Nicole Brayden Gifts, LLC d/b/a Divinity Boutique*

4830-3047-3092.1

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that the foregoing **NOTICE OF APPEARANCE** was prepared using 14 point Times new Roman font and accordingly complies with Local Rule 5.1. This certificate is given in compliance with Local Rule 7.1(D).

>                 */s/ Joshua D. Curry*
> Joshua D. Curry
> Georgia Bar No. 117378

## CERTIFICATE OF SERVICE

This is to certify that on this day the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This 20th day of December, 2018.

>                 */s/ Joshua D. Curry*
> Joshua D. Curry
> Georgia Bar No. 117378