IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CATHEDRAL ART METAL CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> NICOLE BRAYDEN GIFTS, LLC <br> *d/b/a* DIVINITY BOUTIQUE, <br><br> Defendant. | Civil Action No. 1:18-cv-141-WMR |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND MOTION TO STAY CASE**

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing a detailed, mutually agreeable Settlement Agreement ("Agreement"). The parties intend to finalize the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to do so. Accordingly, the parties respectfully request that the Court stay the case and all deadlines for 30 days, to and including Monday, February 11, 2019.

Respectfully submitted this 11th day of January, 2019.

/s/ Walter Hill Levie III
Stephen M. Schaetzel
Georgia State Bar No. 628653
Walter Hill Levie III
Georgia State Bar No. 415569
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street N.E., Ste 1300
Atlanta, Georgia 30309
Telephone: (404) 645-7700
Facsimile: (404) 645-7707
*sschaetzel@mcciplaw.com*
*tlevie@mcciplaw.com*

Thomas R. Noel (admitted *pro hac vice*)
NOEL LAW
203 South Main Street, Ste 2
Providence, Rhode Island 02903
Telephone: (401) 272-7400
Facsimile: (401) 621-5688
*tnoel@lawnoel.com*

*Counsel for Plaintiff*

/s/ Joshua D. Curry
Joshua D. Curry
Georgia State Bar No. 117378
Nigamnarayan Acharya
Georgia State Bar No. 001469
LEWIS BRISBOIS BISGAARD &
SMITH, LLP
1180 Peachtree Street, NE Suite 2900
Atlanta, GA 30309
Tel.: (404) 476-2002
Fax: (404) 467-8845
*Josh.Curry@lewisbrisbois.com*
*Nigam.acharya@lewisbrisbois.com*

*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CATHEDRAL ART METAL CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> NICOLE BRAYDEN GIFTS, LLC <br> *d/b/a* DIVINITY BOUTIQUE, <br><br> Defendant. | Civil Action No. 1:18-cv-141-WMR |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 11th day of January 2019, the foregoing **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO STAY CASE** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: January 11, 2019        /s/ Walter Hill Levie III
                               Walter Hill Levie III